

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:            01-13-00020-CV

Trial Court Cause
Number:                  CV0065437

Style:                   Prime Income Asset Management, Inc. and Prime Income Asset Management, LLC

                         **v** Marcus & Millichap Real Estate Investment Services of Texas, Inc.

Date motion filed[*]:    April 8, 2013

Type of motion:          Motion for extension of time to file reporter's record

Party filing motion:     Court reporter

Document to be filed:    Reporter's record

Is appeal accelerated? ☐ Yes  ☒ No

If motion to extend time:

    Original due date:                          February 6, 2013

    Number of previous extensions granted:      2

    Date Requested:                             April 28, 2013

Ordered that motion is:

    ☒  Granted

        If document is to be filed, document due:  _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____

Judge's signature: /s/ Jim Sharp
        ☒ Acting individually  ☐ Acting for the Court

Panel consists of _____

Date: May 9, 2013